In re:                                                          Case No. 17-02918-JJT
Maximiliano Sanchez                                             Chapter 13
Elba I Sanchez
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman        Page 1 of 1          Date Rcvd: Aug 16, 2017
                             Form ID: pdf010         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db/jdb      Maximiliano Sanchez,   Elba I Sanchez,   1222 Hawk Nest Court,
            East Stroudsburg, PA  18302-8867
           +Delta Automotive Services , Inc.,   dba Delta Auto Transport,   Attn: Payroll Department,
            60 Old Camplain Road,   Hillsborough, NJ 08844-4228
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                          Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com,  dehartstaff@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          Vincent  Rubino   on behalf of Joint Debtor Elba I Sanchez
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
          Vincent  Rubino   on behalf of Debtor Maximiliano  Sanchez
           epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
           williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                        TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MAXIMILIANO SANCHEZ, | : | |
| f/d/b/a RAINBOW TRANSPORTER, and | : | CASE NO. 5:17-02918 |
| ELBA I. SANCHEZ, | : | |
| a/k/a ELBA IRIS SANCHEZ, | : | |
| a/k/a ELBA SANCHEZ, | : | |
| Debtor | : | |

## **ORDER**

Upon consideration of the above-named Debtor, MAXIMILIANO SANCHEZ, having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future disposable income to the jurisdiction of this Court;

IT IS THEREFORE ORDERED that until further Order of this Court, including an Order dismissing this case, closing this case, or converting it to a case under Chapter 7 of the Bankruptcy Code, the employer/entity from whom the Debtor, MAXIMILIANO SANCHEZ, receives income:

Name: Delta Automotive Services, Inc.
dba Delta Auto Transport
Attention: Payroll Department
Address: 60 Old Camplain Road
Hillsborough, NJ 08844

**Social Security #xxx-xx-3660**

shall deduct from the income of MAXIMILIANO SANCHEZ, **$137.50 from each weekly paycheck**, **beginning on the next pay day following the receipt of this Order,** including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor, and to remit the deducted sums to:

CHARLES J. DEHART, III, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
PO BOX 7005
LANCASTER, PA 17604

IT IS FURTHER ORDERED that the employer/entity from whom the Debtor receives income shall change the amount of the monthly remittance to the Trustee in the future, if the employer/entity from whom the Debtor receives income is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the wage

deduction until the employer/entity from whom the Debtor receives income is directed in writing to discontinue the deduction, either by the Trustee or by Debtor's counsel.

IT IS FURTHER ORDERED that the employer/entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated, and shall advise the Trustee of the reason for such termination.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for all requisite withholding taxes and other appropriate deductions, be paid to the Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer/entity will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject employer/entity in this case, if any.

Dated: August 15, 2017

**By the Court,**

John J. Thomas, Bankruptcy Judge
(RPR)