Certificate Number: 12433-PAM-DE-029969152

Bankruptcy Case Number: 17-02918



12433-PAM-DE-029969152

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 3, 2017, at 11:13 o'clock AM EDT, Maximiliano Sanchez completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 3, 2017

By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher