```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 17-02918-JJT
Maximiliano Sanchez                                                 Chapter 13
Elba I Sanchez
          Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5        User: REshelman             Page 1 of 3            Date Rcvd: Oct 19, 2017
                            Form ID: ntcnfhrg           Total Noticed: 94


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
db/jdb         Maximiliano Sanchez,    Elba I Sanchez,    1222 Hawk Nest Court,
                East Stroudsburg, PA 18302-8867
4944698        ADVANCED URGENT CARE,    9975 S EASTERN AVE STE 110,    LAS VEGAS, NV 89183-7950
4944702        ASPEN DENTAL,    1112 A NORTH NINTH STREET,    STROUDSBURG, PA 18360
4944703        ATLANTIC MEDICAL GROUP,    PO BOX 416457,    BOSTON, MA 02241-6457
4944705       +BERKHEIMER TAX ADMINISTRATION,    ATTN GENIE SKELLENGER,    50 NORTH SEVENTH STREET,
                BANGOR, PA 18013-1795
4944706       +BIZFILINGS,    8020 EXCELSIOR DR,    SUITE 200,   MADISON, WI 53717-1998
4950458        Berkheimer-Agt EStroudsburgASD MiddleSmithfieldTwp,    c/o David R. Gordon, Esq.,
                1883 Jory Road,    Pen Argyl, PA 18072
4944707        CAC FINANCIAL CORP,    2601 NW EXPRESSWAY,    SUITE 1000 EAST,    OKLAHOMA CITY, OK 73112-7236
4944708        CAPITAL ONE BANK,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4944709       +CENTRAL CREDIT SVCS,    9550 REGENCY SQUARE BLVD,    SUITE 500,    JACKSONVILLE, FL 32225-8169
4944710        CH HOSPITAL OF ALLENTOWN,    PO BOX 826348,    PHILADELPHIA, PA 19182-6348
4944711        CHS PROFESSIONAL PRACTICE INC,    PO  BOX 826348,    PHILADELPHIA, PA 19182-6348
4944712       +CITIBANK NA,    PO BOX 769006,    SAN ANTONIO, TX 78245-9006
4944714        CMRE FINANCIAL SERVICES,    3075 E IMPERIAL HWY,    SUITE 200,    BREA, CA 92821-6753
4944715        COMENITY CAPITAL BANK,    PO BOX 183003,    COLUMBUS, OH 43218-3003
4944716       +COMENITY CAPITAL/HSN,    995 W 122ND AVE,    DENVER, CO 80234-3417
4944717        COMPUTER CREDIT INC,    PO BOX 5238,    WINSTON SALEM, NC 27113-5238
4944718        COORDINATED HEALTH,    PO BOX 826348,    PHILADELPHIA, PA 19182-6348
4944719        CREDITECH,   PO BOX 20330,    LEHIGH VALLEY, PA 18002-0330
4981500        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
4944720       +DANIEL SANTUCCI, ESQ,    C/O MIDLAND FUNDING LLC,    1 INTERNATIONAL PLZ 5TH FL,
                PHILADELPHIA, PA 19113-1510
4944721     ++++DITECH FINANCIAL,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
              (address filed with court: DITECH FINANCIAL,      332 MINNESOTA ST STE 610,
                SAINT PAUL, MN 55101)
4944722        DOMINION NATIONAL,    PO BOX 75314,    CHARLOTTE, NC 28275-5314
4944723       +EASTERN ALARM SYSTEMS INC,    228 EDINBURGH ROAD,    BUSHKILL, PA 18324-7974
4944724       +EVINE LIVE,   C/O ALPHA RECOVERY,    5660 GREENWOOD BLVD STE 101,    ENGLEWOOD, CO 80111-2417
4944726        FINANCIAL RECOVERIES,    PO BOX 1388,    MOUNT LAUREL, NJ 08054-7388
4944727       +FIRSTSOURCE ADVANTAGE,    205 BRYANT WOODS SOUTH,    AMHERST, NY 14228-3609
4944728       +FMS,   PO BOX 707600,    TULSA, OK 74170-7600
4944729       +GARFIELD HEIGHTS MUN CT,    C/O ALDEN LAW,    ONE EAST LIVINGSTON AVE,    COLUMBUS, OH 43215-7700
4944730       +GARFIELD HEIGHTS MUN CT,    5555 TURNEY ROAD,    CLEVELAND, OH 44125-3798
4944731       +HAMILTON LAW GROUP,    PO BOX 90301,    ALLENTOWN, PA 18109-0301
4944732       +HAYT HAYT & LANDAU,    TWO INDUSTRIAL WAY WEST,    EATONTOWN, NJ 07724-2279
4944733        HIGHMARK,    PO BOX 890118,    CAMP HILL, PA 17089-0118
4944737        LABORATORY CORP OF AMERICA,    PO BOX 2240,    BURLINGTON, NC 27216-2240
4944738       +LEHIGH VALLEY HOSPITAL POCONO,    206 EAST BROWN STREET,    EAST STROUDSBURG, PA 18301-3006
4944739       +LEISURE LANDS COMM ASSN,    3238 LEISURE LANDS ROAD,    EAST STROUDSBURG, PA 18302-8894
4944741        MERCANTILE ADJUSTMENT BUREAU,    PO BOX 9016,    WILLIAMSVILLE, NY 14231-9016
4944746       +NAVY FEDERAL CREDIT UNION,    PO BOX 3700,    MERRIFIELD, VA 22119-3700
4944749       +PA DEPT OF REVENUE,    BUREAU OF COLLECTIONS,    PO BOX 281041,    HARRISBURG, PA 17128-1041
4944750        PEERLESS CREDIT SERVICES,    PO BOX 518,    MIDDLETOWN, PA 17057-0518
4944751        PENN CREDIT,    PO  BOX  988,    HARRISBURG, PA 17108-0988
4944752       +PENN CREDIT CORPORATION,    916 S 14TH STREET,    HARRISBURG, PA 17104-3425
4944753        POCONO CARDIOLOGY ASSOCIATES,    200 PLAZA COURT, SUITE C,    EAST STROUDSBURG, PA 18301-8259
4944754       +POCONO MEDICAL CENTER,    206 EAST BROWN STREET,    EAST STROUDSBURG, PA 18301-3094
4944756       +PRACTICE ASSOC MED GROUP,    SPECIALTY CARE PRAC ASSOC,    PO BOX 416457,    BOSTON, MA 02241-6457
4944757       +RAINBOW TRANSPORTERS,    1222 HAWK NEST COURT,    EAST STROUDSBURG, PA 18302-8867
4944758       +RET TRUCKING LLC,    RAUL ESTRADA,    5 GINA STREET,    HOWELL, NJ 07731-2730
4944759       +RICHMOND NORTH ASSOC,    4955 NORTH BAILEY AVE #109,    AMHERST, NY 14226-1206
4944760        SOCIAL SECURITY ADMN,    NORTHEAST PROGRAM SVC CTR,    1 JAMAICA CTR PLAZA,
                JAMAICA, NY 11432-3898
4944761       +ST LUKE'S,    801 OSTRUM STREET,    BETHLEHEM, PA 18015-1000
4944762        ST LUKE'S PHYS GROUP,    PO BOX 5386,    BETHLEHEM, PA 18015-0386
4944763        ST LUKE'S PHYS GROUP,    PO BOX 25837,    SALT LAKE CITY, UT 84125-0837
4944764       +STATE OF DELAWARE,    DELAWARE DIV OF CORPORATIONS,    PO BOX 5509,    BINGHAMTON, NY 13902-5509
4944765       +STEPHEN H FINKELSTEIN ESQ,    PO BOX 6905,    ELIZABETH, NJ 07206-6905
4944766       +SUPREME AUTO TRANSPORT INC,    7300 MILLER PLACE STE B,    LONGMONT, CO 80504-3451
4944771       +TRANSAMERICA LIFE INS CO,    C/O TRANSAMERICA EMP BEN,    PO BOX 8063,
                LITTLE ROCK, AR 72203-8063
4944772        TRINITAS HOSP MED ONC,    PO BOX 785036,    PHILADELPHIA, PA 19178-5036
4944773        TRINITAS PHYS PRACTICE,    ATTN 11640C,    PO BOX 14000,    BELFAST, ME 04915-4033
4944774        TRINITAS REGIONAL MED CTR,    225 WILLIAMSON STREET,    ELIZABETH, NJ 07202-3625
4944775       +UNIVERSAL ADV FLEET CARD,    PO BOX 924138,    NORCROSS, GA 30010-4138
4944777       +UNIVERSAL PREMIUM FLEET CARD,    PO BOX 923928,    NORCROSS, GA 30010-3928
4944778       +WAKEFIELD & ASSOCIATES,    7005 MIDDLEBROOK PIKE,    KNOXVILLE, TN 37909-1156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4944699       +E-mail/Text: roy.buchholz@allianceoneinc.com Oct 19 2017 19:07:58      ALLIANCE ONE,
               4850 STREET ROAD,   FEASTERVILLE TREVOSE, PA 19053-6643
4944700       +E-mail/Text: bkrpt@retrievalmasters.com Oct 19 2017 19:08:16      AMERICAN MEDICAL COLL,
               2269 S SAW MILL RIVER RD,    ELMSFORD, NY 10523-3832
4944701       +E-mail/Text: bkrpt@retrievalmasters.com Oct 19 2017 19:08:16      AMERICAN MEDICAL COLL AGENCY,
               4 WESTCHESTER PLAZA,   BUILDING 4,    ELMSFORD, NY 10523-1615
4978561        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2017 19:19:17
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
               Corporation of America Holdings,   Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
4944713       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2017 19:30:50
               CITIBANK/HOME DEPOT,   C/O PORTFOLIO RECOVERY ASSOC,    120 CORPORATE BLVD,
               NORFOLK, VA 23502-4952
4960872        E-mail/Text: bankruptcy.bnc@ditech.com Oct 19 2017 19:08:07
               Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
4944725       +E-mail/Text: bknotices@fenton-mcgarvey.com Oct 19 2017 19:07:59      FENTON & MCGARVEY LAW FIRM,
               2401 STANLEY GAULT PKWY,    LOUISVILLE, KY 40223-4175
4944734       +E-mail/Text: HWIBankruptcy@hunterwarfield.com Oct 19 2017 19:08:19      HSN FLEXPAY DEPT-2,
               C/O HUNTER WARFIELD,   4620 WOODLAND CORP BLVD,    TAMPA, FL 33614-2415
4944735        E-mail/Text: cio.bncmail@irs.gov Oct 19 2017 19:08:04      IRS,   CENTRALIZED INSOLVENCY OP,
               PO BOX 7346,   PHILADELPHIA, PA 19101-7346
4944736        E-mail/Text: bnckohlsnotices@becket-lee.com Oct 19 2017 19:08:01      KOHLS/CAPITAL ONE,
               PO BOX 3115,   MILWAUKEE, WI 53201-3115
4944740       +E-mail/Text: ebn@ltdfin.com Oct 19 2017 19:08:07      LTD FINANCIAL SVCS,    7322 SOUTHWEST FWY,
               SUITE 1600,   HOUSTON, TX 77074-2134
4944742        E-mail/Text: bankruptcydpt@mcmcg.com Oct 19 2017 19:08:16      MIDLAND CREDIT MANAGEMENT,
               PO BOX 13105,   ROANOKE, VA 24031-3105
4944743        E-mail/Text: bankruptcydpt@mcmcg.com Oct 19 2017 19:08:16      MIDLAND CREDIT MGT,
               PO  BOX 60578,   LOS ANGELES, CA 90060-0578
4944744       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 19 2017 19:08:16      MIDLAND FUNDING,
               2365 NORTHSIDE DR STE 300,    SAN DIEGO, CA 92108-2709
4944745       +E-mail/Text: Bankruptcies@nragroup.com Oct 19 2017 19:08:36      NATIONAL RECOVERY AGENCY,
               2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
4944747       +E-mail/Text: ext_ebn_inbox@navyfederal.org Oct 19 2017 19:08:35      NAVY FEDERAL CREDIT UNION,
               820 FOLLIN LANE SE,    VIENNA, VA 22180-4907
4960074       +E-mail/Text: ext_ebn_inbox@navyfederal.org Oct 19 2017 19:08:36       Navy Federal Credit Union,
               PO Box 3000,   Merrifield VA 22119-3000
4944748       +E-mail/Text: patricia_lewis@ooida.com Oct 19 2017 19:08:15      OWNER OPERATOR SVCS INC,
               PO BOX 1000,   GRAIN VALLEY, MO 64029-1000
4944755        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2017 19:31:03
               PORTFOLIO RECOVERY ASSOCIATES,    120 CORPORATE BLVD,   NORFOLK, VA 23502
4974455        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2017 19:30:56
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
4945241       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2017 19:19:27
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4959291        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2017 19:08:14
               Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
               Harrisburg PA  17128-0946
4981932        E-mail/Text: bnc-quantum@quantum3group.com Oct 19 2017 19:08:09
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA  98083-0788
4944767        E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 19:19:15      SYNCB,   PO BOX 965005,
               ORLANDO, FL 32896-5005
4944768       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 19:19:15      SYNCB/AMAZON,    PO BOX 965015,
               ORLANDO, FL 32896-5015
4944769       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 19:19:15      SYNCB/PAPPAL SMARL CONN,
               PO BOX 965005,   ORLANDO, FL 32896-5005
4944770       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 19:19:15      SYNCB/WALMART,    PO BOX 965024,
               ORLANDO, FL 32896-5024
4944776       +E-mail/Text: HWIBankruptcy@hunterwarfield.com Oct 19 2017 19:08:19      UNIVERSAL PREMIUM CARD,
               C/O HUNTER WARFIELD,   4620 WOODLAND CORP BLVD,    TAMPA, FL 33614-2415
4966036        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2017 19:19:18      Verizon,
               by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
4944780        E-mail/Text: BKRMailOps@weltman.com Oct 19 2017 19:08:20      WELTMAN WEINBERG & REIS,
               175 S 3RD ST., STE 900,    COLUMBUS, OH 43215-5166
4944779        E-mail/Text: BKRMailOps@weltman.com Oct 19 2017 19:08:20      WELTMAN WEINBERG & REIS,
               PO BOX 93784,   CLEVELAND, OH 44101-5784
4944781       +E-mail/Text: factoringunderwriting@fleetone.com Oct 19 2017 19:08:32      WEX FLEET ONE,
               613 BAKERTOWN  ROAD,   ANTIOCH, TN 37013-2657
                                                                                              TOTAL: 32
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4944704*     ATLANTIC MEDICAL GROUP,   PO BOX 416457,   BOSTON, MA 02241-6457
                                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino     on behalf of Debtor 2 Elba I Sanchez
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
              Vincent Rubino     on behalf of Debtor 1 Maximiliano  Sanchez
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                             TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Maximiliano Sanchez
fdba Rainbow Transporter
Elba I Sanchez
aka Elba Iris Sanchez, aka Elba Sanchez

Chapter 13

Case No. 5:17−bk−02918−JJT

Debtor(s)

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **November 17, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 5, 2017 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence* ) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 19, 2017 |