**NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.**
712 Monroe St., P.O. Box 511
Stroudsburg, PA 18360
570-421-9090
Fax: 570-424-9739

October 25, 2017

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

   Re: Maximiliano Sanchez and Elba I. Sanchez
     Case No. 5:17-bk-02918

Dear Clerk:

 Please delete the following creditor from the mailing matrix for the above-referenced case, as it was entered in errors:

  Garfield Heights Mun. Ct.
  c/o Alden Law
  One East Livingston Ave.
  Columbus, OH 43215

         Very truly yours,

         */s/ Vincent Rubino*

         Vincent Rubino

Case 5:17-bk-02918-JJT    Doc 28    Filed 10/25/17    Entered 10/25/17 11:12:49    Desc
Main Document    Page 1 of 1