**NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.**
712 Monroe St., P.O. Box 511
Stroudsburg, PA 18360
570-421-9090
Fax: 570-424-9739

December 8, 2017

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

   Re: Maximiliano Sanchez
     Case No. 5:17-bk-02918

Dear Clerk:

 We have been advised of a change of address for a creditor in the above-referenced case, as follows:

  From: Ditech Financial
     332 Minnesota St., Ste. E610
     Saint Paul, MN 55101-1311

  To: Ditech Financial, LLC
     PO Box 44265
     Jacksonville, FL 32231-4265

 Please correct the mailing matrix accordingly. Thank you.

         Very truly yours,

         */s/ Vincent Rubino*

         Vincent Rubino