UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MAXIMILIANO SANCHEZ, : CASE NO. 5:17-bk-02918
fdba RAINBOW TRANSPORTER,
and ELBA I. SANCHEZ, : CHAPTER 13
aka ELBA IRIS SANCHEZ,
aka ELBA SANCHEZ, :

      Debtor :

## CERTIFICATE OF MAILING

I hereby certify that on December 8, 2017, I caused to be served by first class mail, postage prepaid, a true and correct copy of Chapter 13 Plan and Notice of Confirmation Hearing in the above case on the following:

      Ditech Financial, LLC
      PO Box 44265
      Jacksonville, FL  32231-4265

      **NEWMAN, WILLIAMS, MISHKIN,
      CORVELEYN, WOLFE & FARERI**

      By:    /s/ Vincent Rubino
            **Vincent Rubino, Esq.
            Attorney I.D. No. PA 49628
            Attorney for Debtor
            712 Monroe Street, P.O. Box 511
            Stroudsburg, PA 18360-0511**