```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                        Case No. 17-02918-JJT
Maximiliano Sanchez                                           Chapter 13
Elba I Sanchez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 1          Date Rcvd: Feb 06, 2018
                              Form ID: orcnfpln        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2018.
db/jdb         Maximiliano Sanchez,    Elba I Sanchez,    1222 Hawk Nest Court,
                East Stroudsburg, PA 18302-8867

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Maximiliano Sanchez
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
              Vincent Rubino    on behalf of Debtor 2 Elba I Sanchez
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
                                                                                           TOTAL: 5

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Maximiliano Sanchez<br>fdba Rainbow Transporter<br>Elba I Sanchez<br>aka Elba Iris Sanchez, aka Elba Sanchez | Chapter<br><br>Case No. | 13<br><br>5:17–bk–02918–JJT |

Debtor(s)

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on January 4, 2018. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: February 6, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: REshelman, Deputy Clerk