```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                           Case No. 17-02918-JJT
Maximiliano Sanchez                                              Chapter 13
Elba I Sanchez
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 1          Date Rcvd: Feb 07, 2018
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2018.
db/jdb         Maximiliano Sanchez,    Elba I Sanchez,    1222 Hawk Nest Court,
                East Stroudsburg, PA 18302-8867
cr            +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Maximiliano Sanchez
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
              Vincent Rubino    on behalf of Debtor 2 Elba I Sanchez
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com
                                                                                                TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Wilkes-Barre)

| | |
|---|---|
| IN RE: Maximiliano Sanchez fdba Rainbow Transporter Elba I Sanchez aka Elba Iris Sanchez aka Elba Sanchez<br>　　　　Debtor(s) | CHAPTER 13 |
| Ditech Financial LLC<br>　　　　Movant<br>　vs.<br>Maximiliano Sanchez fdba Rainbow Transporter Elba I Sanchez aka Elba Iris Sanchez aka Elba Sanchez<br>　　　　Debtor(s)<br>Charles J. DeHart, III<br>　　　　Trustee | NO. 5:17-bk-02918-JJT |

## ORDER

Upon consideration of Movant's Motion to Approve Loan Modification it is ORDERED AND DECREED that

The Motion is granted and the Loan Modification Agreement executed on October 28, 2017 is approved, and said Agreement does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

Dated: February 06, 2018　　　　By the Court,

_[signature]_

John J. Thomas, Bankruptcy Judge
(RPR)