```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-02918-RNO
Maximiliano Sanchez                                                 Chapter 13
Elba I Sanchez
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-5        User: RyanEshel          Page 1 of 1           Date Rcvd: Dec 13, 2019
                            Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4960872         E-mail/Text: bankruptcy.bnc@ditech.com Dec 13 2019 19:10:56
                  Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
                                                                                                     TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:
              Ashlee Crane Fogle    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               afogle@rascrane.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              D Brian Simpson    on behalf of Service Addressee    United States Attorney for the Middle District
               of Pennsylvania d.brian.simpson@usdoj.gov,   jennifer.sbert@usdoj.gov
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Kevin Buttery    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               kbuttery@rascrane.com
              Robert J Kidwell, III    on behalf of Plaintiff Maximiliano  Sanchez rkidwell@newmanwilliams.com,
               rjkidwell3rd@gmail.com;lbeaton@newmanwilliams.com;eapotito@hotmail.com;mdaniels@newmanwilliams.co
               m
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 2 Elba I Sanchez
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
              Vincent Rubino    on behalf of Debtor 1 Maximiliano  Sanchez
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                                     TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-02918-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Maximiliano Sanchez
1222 Hawk Nest Court
East Stroudsburg PA 18302-8867

Elba I Sanchez
1222 Hawk Nest Court
East Stroudsburg PA 18302-8867

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/13/2019.

Name and Address of Alleged Transferor(s):

Claim No. 5: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154

Name and Address of Transferee:

NewRez LLC d/b/a
P.O. Box 10826
Greenville, SC 29603-0826
NewRez LLC d/b/a
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/15/19

Terrence S. Miller

**CLERK OF THE COURT**