UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT DISTRICT OF PENNSYLVANIA
WILKES BARRE DIVISION

In re: MAXIMILIANO SANCHEZ § Case No. 5:17-bk-02918
      ELBA I SANCHEZ §
§
Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Jack N. Zaharopoulos, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 07/14/2017.

2) The plan was confirmed on 02/06/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 04/17/2020, 05/14/2020, 11/18/2020, 12/16/2020.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 11/10/2020.

5) The case was completed on 08/09/2023.

6) Number of months from filing or conversion to last payment: 72.

7) Number of months case was pending: 76.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,616.00.

10) Amount of unsecured claims discharged without full payment: $215,217.47.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 26,467.27 | |
| Less amount refunded to debtor(s) | $ 68.77 | |
| **NET RECEIPTS** | | $ 26,398.50 |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,500.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 1,695.57 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 6,195.57 |
| Attorney fees paid and disclosed by debtor(s): | $ 500.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VINCENT RUBINO, ESQUIRE | Lgl | 0.00 | NA | NA | 4,500.00 | 0.00 |
| BERKHEIMER | Pri | 473.82 | 325.06 | 325.06 | 325.06 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 17,328.52 | 17,689.99 | 16,134.12 | 16,134.12 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 17,689.99 | 1,555.87 | 25.61 | 0.00 |
| COMMONWEALTH OF | Pri | 3,879.28 | 2,420.27 | 1,843.76 | 1,153.44 | 0.00 |
| COMMONWEALTH OF | Uns | 0.00 | 2,420.27 | 576.51 | 9.49 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Uns | 9,754.00 | 9,820.91 | 9,820.91 | 161.60 | 0.00 |
| RUSHMORE LOAN MANAGEMENT | Sec | 122,107.72 | 180,334.54 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICE, LP | Uns | 0.00 | 349.95 | 349.95 | 5.76 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,093.34 | 1,093.34 | 1,093.34 | 17.99 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,838.81 | 1,838.81 | 1,838.81 | 30.25 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 574.89 | 574.89 | 574.89 | 9.46 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,090.86 | 2,090.86 | 2,090.86 | 34.40 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,126.01 | 2,126.01 | 2,126.01 | 34.99 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 359.91 | 359.91 | 359.91 | 5.92 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 77.98 | 77.86 | 77.86 | 1.28 | 0.00 |
| BECKET & LEE | Uns | 906.87 | 906.87 | 906.87 | 14.92 | 0.00 |
| QUANTUM3 GROUP, LLC | Uns | 5,697.09 | 5,548.04 | 5,548.04 | 91.29 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RESURGENT CAPITAL SERVICES | Uns | 36.26 | 36.26 | 36.26 | 0.60 | 0.00 |
| LEISURE LANDS COMM ASSOC. | Sec | 1,370.00 | 1,072.50 | 1,072.50 | 1,072.50 | 0.00 |
| MIDLAND CREDIT MGMT; | Uns | 2,644.14 | 2,644.14 | 2,644.14 | 43.51 | 0.00 |
| MIDLAND CREDIT MGMT; | Uns | 2,240.26 | 2,240.26 | 2,240.26 | 36.86 | 0.00 |
| MIDLAND CREDIT MGMT; | Uns | 2,649.10 | 2,649.10 | 2,649.10 | 43.60 | 0.00 |
| MIDLAND CREDIT MGMT; | Uns | 1,359.02 | 1,359.02 | 1,359.02 | 22.36 | 0.00 |
| SUPREME AUTO TRANSPORT INC | Uns | 40,730.34 | 13,444.05 | 13,444.05 | 221.23 | 0.00 |
| MIDLAND CREDIT MGMT; | Uns | 3,711.83 | 3,711.83 | 3,711.83 | 61.08 | 0.00 |
| SOCIAL SECURITY | Uns | 39,034.30 | 39,234.30 | 39,234.30 | 645.61 | 0.00 |
| STATE OF DELAWARE | Pri | 2,180.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED URGENT CARE | Uns | 119.18 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL COLL | Uns | 77.00 | NA | NA | 0.00 | 0.00 |
| ASPEN DENTAL | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| ATLANTIC MEDICAL GROUP | Uns | 3,263.44 | NA | NA | 0.00 | 0.00 |
| BERKHEIMER TAX | Uns | 222.50 | NA | NA | 0.00 | 0.00 |
| BIZFILINGS | Uns | 568.00 | NA | NA | 0.00 | 0.00 |
| CHS PROFESSIONAL PRACTICE, INC | Uns | 11.98 | NA | NA | 0.00 | 0.00 |
| COORDINATED HEALTH | Uns | 164.60 | NA | NA | 0.00 | 0.00 |
| DOMINION NATIONAL | Uns | 22.50 | NA | NA | 0.00 | 0.00 |
| EASTERN ALARM SYSTEMS, INC | Uns | 312.52 | NA | NA | 0.00 | 0.00 |
| GARFIELD HEIGHTS MUN CT | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| HIGHMARK | Uns | 1,010.39 | NA | NA | 0.00 | 0.00 |
| HSN FLEXPAY DEPT 2 | Uns | 99.93 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORP OF AMERICA | Uns | 1,094.00 | NA | NA | 0.00 | 0.00 |
| LEHIGH VALLEY HOSPITAL | Uns | 432.86 | NA | NA | 0.00 | 0.00 |
| OWNER OPERATOR SVCS INC | Uns | 598.09 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORPORATION | Uns | 140.64 | NA | NA | 0.00 | 0.00 |
| POCONO CARDIOLOGY | Uns | 343.42 | NA | NA | 0.00 | 0.00 |
| POCONO MEDICAL CENTER | Uns | 582.86 | NA | NA | 0.00 | 0.00 |
| PRACTICE ASSOC MED GROUP | Uns | 546.62 | NA | NA | 0.00 | 0.00 |
| RET TRUCKING LLC | Uns | 100,000.00 | NA | NA | 0.00 | 0.00 |
| ST LUKE'S | Uns | 2,930.66 | NA | NA | 0.00 | 0.00 |
| ST LUKE'S PHYS GROUP | Uns | 1,557.92 | NA | NA | 0.00 | 0.00 |
| TRANSAMERICA LIFE INS CO | Uns | 730.62 | NA | NA | 0.00 | 0.00 |
| TRINITAS HOSP MED ONC | Uns | 561.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TRINITAS PHYS PRACTICE | Uns | 189.00 | NA | NA | 0.00 | 0.00 |
| TRINITAS REGIONAL MED CTR | Uns | 385.28 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL ADV FLEET CARD | Uns | 980.07 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL PREMIUM FLEET CARD | Uns | 3,479.82 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 2,159.00 | NA | NA | 0.00 | 0.00 |
| WEX FLEET ONE | Uns | 1,901.59 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 1,072.50 | $ 1,072.50 | $ 0.00 |
| **TOTAL SECURED:** | $ 1,072.50 | $ 1,072.50 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 18,302.94 | $ 17,612.62 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 18,302.94 | $ 17,612.62 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 92,238.79 | $ 1,517.81 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 6,195.57 |
| Disbursements to Creditors | $ 20,202.93 |
| **TOTAL DISBURSEMENTS:** | $ 26,398.50 |

UST Form 101-13-FR-S (9/1/2009)

Case 5:17-bk-02918-MJC   Doc 70   Filed 12/07/23   Entered 12/07/23 10:48:46   Desc
Page 5 of 6

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 12/07/2023       By: /s/ Jack N. Zaharopoulos
                            STANDING CHAPTER 13 TRUSTEE

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.